

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION

Cause number:     01-17-00184-CV

Style:     Stacey Tinsley v. Glenda Briggs

Date motion filed*:     June 3, 2017

Type of motion:     First Motion for Extension of Time to File Reporter's Record

Party filing motion:     Court Reporter Lettie Witter

Document to be filed:     Reporter's Record

Is appeal accelerated?     No.

If motion to extend time:

     Original due date:     April 11, 2017

     Number of extensions granted:     0     Current Due Date: June 5, 2017

     Date Requested:     July 5, 2017 (85 days from original deadline)

Ordered that motion is:

    ☑ Granted

       If document is to be filed, document due: July 5, 2017.

       ☑    No further extensions of time will be granted absent extraordinary circumstances.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

This Court's May 16, 2017 Order, among other things, deemed appellant indigent and ordered the reporter's record to be filed within 20 days of that Order. Accordingly, the reporter's first extension request is **granted until July 5, 2017**, but the reporter is warned that, given the total time requested, **no further extensions will be granted absent extraordinary circumstances**. *See* TEX. R. APP. P. 10.5(b)(1)(C), 35.3(c). The county clerk is **ORDERED** to mail the clerk's and reporter's record to the pro se appellant **within 45 days** of the date of this Order, at no cost to appellant, and shall further certify to this Court the delivery date **within 60 days** of the date of this Order.

Judge's signature: /s/ Laura C. Higley
                     ☑ Acting individually      ☐ Acting for the Court

Date: June 8, 2017